**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **HEALTHCARE MANAGEMENT AND INVESTMENT HOLDINGS, LLC,** | ) ) ) | **CASE NO. 1:03CV0323** |
| Plaintiff, | ) ) | |
| vs. | ) ) | Judge Ann Aldrich |
| **RICHARD FELDMAN,** | ) ) | |
| Defendant. | ) | |

---

| | | |
|---|---|---|
| **RICHARD FELDMAN** | ) ) | **CASE NO. 1:04CV0883** |
| Plaintiff, | ) ) | |
| vs. | ) ) | Judge Ann Aldrich |
| **HEALTHCARE MANAGEMENT AND INVESTMENT HOLDINGS, LLC, et al.,** | ) ) ) | |
| Defendants. | ) | **O R D E R** |

Pursuant to the memorandum of opinion filed in this case on this date, Healthcare Management and Investment Holdings, LLC's cross motion for summary (Docket No. 110) and Richard Feldman's cross motion for summary judgment (Docket No. 111) is each **GRANTED**, in part, and **DENIED**, in part. The parties should file a joint status report by October 30, 2006,

including new deadlines for adding parties and claims, discovery, and dispositive motions. The report should also include a new backup trial date.

**IT IS SO ORDERED.**


**Dated: September 15, 2006**             /s/ Ann Aldrich
                                          **UNITED STATES DISTRICT JUDGE**